USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 11 2007

JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CARLOS M. RODRIGUEZ,

Defendant.

INDICTMENT

07 CRIM. 410

COUNT ONE

The Grand Jury charges:

From at least on or about January 7, 2007 to on or about May 1, 2007, in the Southern District of New York and elsewhere, CARLOS M. RODRIGUEZ, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about December 8, 2000, in Bronx County Supreme Court in Bronx, New York, for Attempted Burglary in the First Degree, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**CARLOS M. RODRIGUEZ,**

**Defendant.**

---

**INDICTMENT**

07 Cr.

(8 U.S.C. §§ 1326(a),(b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

---

5/11/07 Pld Ind, Post 11-1-07 This case is Assigned to Judge Stein for all purposes

Mag Judge [illegible]