# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 6, 2007

**BY FAX**



Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Re:     **United States v. Carlos Rodriguez**
        **07 Cr. 410 (SHS)**

Dear Judge Stein:

I write on behalf of my client, Carlos Rodriguez, to respectfully request an adjournment of the upcoming conference in his case, scheduled for Monday, July 9, 2007 at 2 P.M. I request the adjournment because the parties need more time to conduct plea negotiations in this case. I have conferred with Assistant United States Attorney Sharon Frase who consents to this request on behalf of the Government. There have been no previous requests for an adjournment.

Earlier today, I conferred with Your Honor's Deputy, who scheduled a new conference date for Thursday, August 2, 2007 at 2:30 P.M. If this is acceptable to Your Honor, the parties respectfully request an exclusion of time under the Speedy Trial Act until that date. The parties need for additional time to conduct plea negotiations serves the interests of justice and outweighs the needs of the Mr. Rodriguez and the public in a speedy trial. *The time from today until August 2, 2007 is excluded from Speedy Trial Act calculations, the Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 USC 3161(h)(8)*

Respectfully submitted,

*Fiona Doherty*

Fiona Doherty
Attorney for **Carlos Rodriguez**
Tel.: (212) 417-8734

cc:     Sharon E. Frase, Esq.
        Assistant United States Attorney (by fax)

SO ORDERED 7/9/07

TOTAL P.002