# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

CARLOS RODRIGUEZ,    Defendant.

Docket Number __07 CR. 410 (SHS)__

HONORABLE SIDNEY H. STEIN
(District Court Judge)

Notice is hereby given that **the defendant CARLOS RODRIGUEZ** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] : order [ ] : other [ ] : _____
(specify)

entered in this action on __11/13/07__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ] :    sentence only [ ] :    conviction and sentence [✓].

Date: __11/14/2007__

TO:
SHARON FRASE, ESQ.
AUSA
ONE ST. ANDREW'S PLAZA
NEW YORK, NY 10007

CARLOS RODRIGUEZ
#70332-054
MCC

ADD ADDITIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

(TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B

### ►QUESTIONNAIRE | ►TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

Prepare transcript of | Dates
[✓] Pre-trial proceedings  08/07/07
[ ] Trial
[✓] Sentence  11/13/07
[ ] Post-trial proceedings

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature  FIONA M. DOHERTY, ESQ.
*Fiona M. Doherty*

DATE  11/14/2007

### ► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)