# MANDATE

S.D.N.Y. - N.Y.C.
07-cr-0410
Stein, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of August, two thousand eight,

Present:
    Hon. Sonia Sotomayor,
    Hon. Robert A. Katzmann,
    Hon. Richard C. Wesley,
        *Circuit Judges*.



---

United States of America,

    *Appellee,*

v.                           07-5154-cr

Carlos M. Rodriguez,

    *Defendant-Appellant.*

---

Edward S. Zas, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves for summary affirmance. Upon due consideration, it is hereby ORDERED that the motions are GRANTED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

ISSUED AS MANDATE: 8/29/08